# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

134053 & (23)

TAMMY MARGERSON, f/k/a
TAMMY CALVIN, and WESLEY
MARGERSON,
      Plaintiffs-Appellees,

v

ALLAN D. CAUDILL, M.D., and
FAMILY SURGICAL SERVICES, P.C.,
      Defendants-Appellees,
and

ALBION COLLEGE STUDENT HEALTH
SERVICES,
      Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134053
COA: 275541
Calhoun CC: 05-004462-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2007
_____

t0703

_____
Clerk